UNITED STATES DISTRICT COURT
at Boston

from a judgement in
Suffolk Superior Court
in Massachusetts
SUCR92-10979

Vao Sok Pro se petitioner
(for habeas corpus)

versus

Lois Russo, respondent superintendent
ของ SBCC prison in Shirley, MA

PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS

   Now comes your petitioner who moves this court grant him this motion to proceed in forma pauperis on this, a petition for habeas corpus.  For reason, the petitioner says:

1.  He cannot afford counsel.

2.  He may be able to afford filing fees, but there are numerous other expenses he cannot meet, not the least of which, is the DNA analysis requested as the gravamen of the habeas corpus petition.

3.  Please see affidavit/application to proceed in forma pauperis and accompanying six month print out of prison account.

                                    respectfully submitted;

                                    X Vao Sok

                                    Vao Sok Pro se
                                    Inmate #W65330
                                    Souza Baranowski
                                    Box 8000
                                    Shirley, MA 01464

$ I receive between $500. per year and $1,000 per year from my mother.

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount. $344.36 personal and $647.37 savings 10-15-04

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.
   I have nothing in this world except the money stated above.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

X 12·10·04                              X _vao-St_
   Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041015 14:34

| | | | |
|---|---|---|---|
| Commit# : | W65330 | SOUZA-BARANOWSKI CORRECTIONAL | Page : 1 |
| Name : | SOK, VAO, , | Statement From 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To 20041015 | |
| Block : | M1 | | |
| Cell/Bed : | 34 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20020930 09:44 | SB - Starting Balance | 247401 | | SBCC | | $537.20 | $0.00 | $0.00 | $0.00 |
| 20020930 09:44 | SB - Starting Balance | 247402 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20021001 10:46 | ML - Mail | 258048 | | SBCC | ~SOK, ROEUN, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20021015 09:47 | ML - Mail | 307276 | | SBCC | ~ROEUN SOK | $20.00 | $0.00 | $0.00 | $0.00 |
| 20021018 12:10 | IS - Interest | 332449 | | SBCC | ~INTEREST CONVERTED FROM VAX | $1.26 | $0.00 | $0.00 | $0.00 |
| 20021018 22:30 | CN - Canteen | 341094 | | SBCC | ~Canteen Date : 20021018 | $0.00 | $5.06 | $0.00 | $0.00 |
| 20021113 11:50 | IC - Transfer from Inmate to Club A/c | 413873 | | SBCC | ~Sox/Nike Xc/s shoes~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $47.06 | $0.00 | $0.00 |
| 20021206 22:30 | CN - Canteen | 493193 | | SBCC | ~Canteen Date : 20021206 | $0.00 | $12.47 | $0.00 | $0.00 |
| 20021211 14:52 | CI - Transfer from Club to Inmate A/c | 502558 | | SBCC | ~Canteen refund 12/6~W65330 SOK,VAO PERSONAL~KCN WASH ACCOUNT - Z5 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20021213 13:24 | IS - Interest | 520936 | | SBCC | | $1.66 | $0.00 | $0.00 | $0.00 |
| 20021223 09:33 | IC - Transfer from Inmate to Club A/c | 576916 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20021223 09:38 | IC - Transfer from Inmate to Club A/c | 576953 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20021223 09:38 | IC - Transfer from Inmate to Club A/c | 576961 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20021223 09:39 | IC - Transfer from Inmate to Club A/c | 576969 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20030102 09:54 | IS - Interest | 621765 | | SBCC | | $1.51 | $0.00 | $0.00 | $0.00 |
| 20030115 08:51 | IS - Interest | 673724 | | SBCC | | $1.46 | $0.00 | $0.00 | $0.00 |
| 20030117 22:30 | CN - Canteen | 700609 | | SBCC | ~Canteen Date : 20030117 | $0.00 | $13.54 | $0.00 | $0.00 |
| 20030211 08:47 | IS - Interest | 772383 | | SBCC | | $1.37 | $0.00 | $0.00 | $0.00 |
| 20030307 22:30 | CN - Canteen | 866291 | | SBCC | ~Canteen Date : 20030307 | $0.00 | $11.49 | $0.00 | $0.00 |
| 20030318 07:45 | IS - Interest | 896184 | | SBCC | | $1.23 | $0.00 | $0.00 | $0.00 |
| 20030328 08:40 | ML - Mail | 946022 | | SBCC | ~Bok Roeun | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030408 10:03 | IS - Interest | 978596 | | SBCC | | $0.95 | $0.00 | $0.00 | $0.00 |
| 20030422 10:26 | ML - Mail | 1033285 | | SBCC | ~Roeun Sok | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030507 14:55 | EX - External Disbursement | 1082476 | 16273 | SBCC | ~To destroy old TV~Institutional Television Service | $0.00 | $5.00 | $0.00 | $0.00 |
| 20030509 09:19 | IS - Interest | 1098949 | | SBCC | | $0.88 | $0.00 | $0.00 | $0.00 |
| 20030509 22:30 | CN - Canteen | 1112884 | | SBCC | ~Canteen Date : 20030509 | $0.00 | $16.24 | $0.00 | $0.00 |
| 20030515 14:42 | IC - Transfer from Inmate to Club A/c | 1132137 | | SBCC | ~CTV~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $245.04 | $0.00 | $0.00 |
| 20030606 09:23 | ML - Mail | 1211820 | | SBCC | ~Roeun Sok | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1227103 | | SBCC | | $0.72 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041015 14:34

Page  2

| Commit# : | W65330 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
| Name : | SOK, VAO | | | Statement From | 20020101 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20041015 | | | |
| Block : | M1 | | | | | | | |
| Cell/Bed : | 34 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030709 16:11 | IS - Interest | 1360903 | | SBCC | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20030729 07:47 | ML - Mail | 1453099 | | SBCC | ~Roeun Sok | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1503699 | | SBCC | | $0.53 | $0.00 | $0.00 | $0.00 |
| 20030909 12:38 | ML - Mail | 1637422 | | SBCC | ~ROEAN -SOK | $100.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1646839 | | SBCC | | $0.57 | $0.00 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1782238 | | SBCC | | $0.65 | $0.00 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1927289 | | SBCC | | $0.73 | $0.00 | $0.00 | $0.00 |
| 20031110 13:41 | ML - Mail | 1942490 | | SBCC | -Roeun SOk | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:39 | IS - Interest | 2063470 | | SBCC | | $0.77 | $0.00 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230948 | | SBCC | | $0.82 | $0.00 | $0.00 | $0.00 |
| 20040123 22:30 | CN - Canteen | 2292913 | | SBCC | -Canteen Date : 20040123 | $0.00 | $4.10 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2360531 | | SBCC | | $0.80 | $0.00 | $0.00 | $0.00 |
| 20040309 09:45 | ML - Mail | 2487309 | | SBCC | -REOUN SOK | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491932 | | SBCC | | $0.77 | $0.00 | $0.00 | $0.00 |
| 20040409 09:43 | ML - Mail | 2641021 | | SBCC | ~ROEUN SOK | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2652518 | | SBCC | | $0.93 | $0.00 | $0.00 | $0.00 |
| 20040504 14:15 | IC - Transfer from Inmate to Club A/c | 2750464 | | SBCC | ~THRTP,RBKHTPS,SHORTS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $68.55 | $0.00 | $0.00 |
| 20040507 22:30 | CN - Canteen | 2772635 | | SBCC | ~Canteen Date : 20040507 | $0.00 | $6.82 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796859 | | SBCC | | $1.02 | $0.00 | $0.00 | $0.00 |
| 20040604 22:30 | CN - Canteen | 2901481 | | SBCC | ~Canteen Date : 20040604 | $0.00 | $6.08 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2926638 | | SBCC | | $1.02 | $0.00 | $0.00 | $0.00 |
| 20040712 09:53 | ML - Mail | 3066538 | | SBCC | -VAO SOK | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074629 | | SBCC | | $0.98 | $0.00 | $0.00 | $0.00 |
| 20040723 22:30 | CN - Canteen | 3138175 | | SBCC | ~Canteen Date : 20040723 | $0.00 | $11.18 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3157739 | | SBCC | ~20040711 To 20040717 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3157740 | | SBCC | ~20040711 To 20040717 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040729 12:32 | AT - Account Transfer | 3159426 | | SBCC | ~PER INMATE REQUEST JULY -W65330 SOK,VAO SAVINGS | $0.00 | $600.00 | $600.00 | $0.00 |
| 20040804 23:03 | PY - Payroll | 3186102 | | SBCC | ~20040718 To 20040724 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040804 23:03 | PY - Payroll | 3186103 | | SBCC | ~20040718 To 20040724 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208671 | | SBCC | | $1.17 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041015 14:34

| | | |
|---|---|---|
| Commit# : | W65330 | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | SOK, VAO,, | Statement From  20020101 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20041015 |
| Block : | M1 | |
| Cell/Bed : | 34 /A | |

Page : 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040811 17:03 | IS - Interest | 3208672 | | SBCC | | $0.00 | $0.00 | $0.09 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3229975 | | SBCC | ~20040725 To 20040731 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3229976 | | SBCC | ~20040725 To 20040731 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3258855 | | SBCC | ~20040801 To 20040807 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3258856 | | SBCC | ~20040801 To 20040807 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3287135 | | SBCC | ~20040808 To 20040814 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3287136 | | SBCC | ~20040808 To 20040814 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040827 22:30 | CN - Canteen | 3295347 | | SBCC | ~Canteen Date : 20040827 | $0.00 | $10.04 | $0.00 | $0.00 |
| 20040907 09:29 | ML - Mail | 3325195 | | SBCC | ~ROEUN SOK | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334882 | | SBCC | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334883 | | SBCC | | $0.00 | $0.00 | $1.10 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3356430 | | SBCC | ~20040822 To 20040828 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3356574 | | SBCC | ~20040822 To 20040828~Corrected Payroll 20040815 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3356573 | | SBCC | ~20040822 To 20040828~Corrected Payroll 20040815 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3356431 | | SBCC | ~20040822 To 20040828 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040915 23:02 | PY - Payroll | 3386012 | | SBCC | ~20040829 To 20040904 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040915 23:02 | PY - Payroll | 3386013 | | SBCC | ~20040829 To 20040904 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040922 23:03 | PY - Payroll | 3414531 | | SBCC | ~20040905 To 20040911 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040922 23:03 | PY - Payroll | 3414532 | | SBCC | ~20040905 To 20040911 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20040924 22:30 | CN - Canteen | 3421555 | | SBCC | ~Canteen Date : 20040924 | $0.00 | $13.68 | $0.00 | $0.00 |
| 20040929 23:04 | PY - Payroll | 3441539 | | SBCC | ~20040912 To 20040918 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20040929 23:04 | PY - Payroll | 3441540 | | SBCC | ~20040912 To 20040918 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3472650 | | SBCC | ~20040919 To 20040925 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3472651 | | SBCC | ~20040919 To 20040925 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500170 | | SBCC | | $0.59 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500171 | | SBCC | | $0.00 | $0.00 | $1.18 | $0.00 |
| 20041013 23:03 | PY - Payroll | 3519846 | | SBCC | ~20040926 To 20041002 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20041013 23:03 | PY - Payroll | 3519847 | | SBCC | ~20040926 To 20041002 | $0.00 | $0.00 | $3.75 | $0.00 |
| | | | | | | $1,436.51 | $1,092.15 | $647.37 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041015 14:34

Page    4

| | |
|---|---|
| Commit# : | W65330 |
| Name : | SOK, VAO, , |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL |
| Block : | M1 |
| Cell/Bed : | 34 /A |

SOUZA-BARANOWSKI CORRECTIONAL

Statement From    20020101
To    20041015

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $344.36 | $647.37 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $344.36 | $647.37 | $0.00 | $0.00 | $0.00 | $0.00 |