UNITED STATES DISTRICT COURT
at Boston

Vao Sok Pro se petitioner                      from a judgement at Suffolk
        (for habeas coprus)                    Superior Court in Massachusetts
                                                       SUCR92-10979

versus


Lois Russo, respondent superintendent
        of SBCC prison in Shirley, MA


PETITIONER'S MOTION TO APPOINT HIM COUNSEL
_____

    Your petitioner is mentally retarded with an I.Q. of 66.
    His primary langauage is Khmer and he is an emigree from
Cambodia.   His ability to read and write the English language
is very poor.   He has only the money listed in his financial
papers and that is all he owns in the world.   He may be able
to afford the filing fees, but he cannot afford counsel,
nor transcripts costs or other unforseen expenses such as the
DNA analysis prayed for.
    The inmate who drafted these pleadings for him will be unable
to assist him further as he is on other side of prison.
    For these reasons, the petitioner prays this court appoint
him counsel,(please see memorandum of law in support of petition
for habeas corpus).


                                        respectfully submitted,

                                        X *Vo Sok* (signature)

                                        Vao Sok Pro se
                                        Inmate # W65330
                                        Souza Baranowski
                                        Box 8000
                                        Shirley, MA 01464