# United States District Court

District: **MASSACHUSETTS**

| Name | Prisoner No. | Case No. |
|---|---|---|
| Vao Sok Pro se | W65330 | SUCR92-10979 |

**Place of Confinement:** Souza Baranowski prison in Shirley, MA
Box 8000  Shirley, MA 01464

**Name of Petitioner** (include name under which convicted): Vao Sok

**Name of Respondent** (authorized person having custody of petitioner): Lois Russo, superintendent

v.

**The Attorney General of the State of:** Thomas Reilly attorney general for Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Suffolk SUperior Ct.

2. Date of judgment of conviction: February or January of 2000

3. Length of sentence: life without parole

4. Nature of offense involved (all counts): first degree murder, rape of child by force, kidnapping

5. What was your plea? (Check one)
   (a) Not guilty ■
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ■
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ■

8. Did you appeal from the judgment of conviction?
   Yes ■   No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court ~~Supreme Judicial Court of Massachusetts~~

   (b) Result   Affirmed, no new trial

   (c) Date of result and citation, if known   Feb. 1, 2002  761 NE2d 923

   (d) Grounds raised   right to be informed of attorney's attempt to assist not honored by police -ineffective assitance of counsel

(e)² If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court   I did not

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court   Suffolk SUperior Ct. collateral appeal rule 30 pro se then appealed that to Massachusetts SJC

   (2) Nature of proceeding   Raised ineffective assitance of trial and appeallate counsel failure to insist on proper DNA testing to exonerate

   (3) Grounds raised   failure of counsel to put petitioner on the stand.

Petition of Vao Sok for habeas corpus page 7 supplemental:

Grounds raised on direct appeal:

1. right to be informed while being interrogated by police that attorney was trying to enter police station and render assistance was not honored.
2. failure of interrogating officer to immediately inform petitioner that lawyer was there.
3. assistant district attorney's violation of professional ethics in not honoring counsel's request to discontinue polygraph.
4. evidence of attornies attempts to to assit petitioner excluded from juror's consideration.
5. Exclusion of additional testimony from exeprt witness concerning petitioner's mental capacity.
6. ineffective trial counsel for abandoning defense of identity.

Grounds raised on collateral appeal pursuant to Mass. Rules of Crim. Proc. 30

1. ineffective assitance of counsel for failing to put petitioner on the stand where there was no other defense after they had petitioner's confession.

2. ineffective assitance of trial counsel for failing to insist that Asians be included in the database when comapring DNA, (they compared petitioner, a Cambodian to 14,000 Caucasions DNA, 9,000 Negroid samples of DNA and two sub groups of Hispanics totalling some 15,000 BUT not one Asian was included in the database. The government moved to exclude its own DNA evidence with a motion in limine because of this flaw. If counsel had boned up on DNA science, he would have seen that the way to clear his client was to insist that the govt. incorporate the Asian DNA database in the custody of FBI laboratories.

3. That a DNA analysis by contemporary standards be conducted on the remaining semen stains from victim's clothing or in the very least, a scientifically correct use of statistics on the existing autoradiographs of the three loci of DNA tested.

4. Ineffective assistance of appeallate counsel for not bringing these significantly weightier issues that have more merit and show actual innocence.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐   No ☒   They didn't even address the issues, just one sentence, DENIED.

(5) Result _____

(6) Date of result _____ Same thing when I appealed it to the SUpreme Judicial Court of Massachusetts _ One sentence- DENIED

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____

   (2) Nature of proceeding _____

   (3) Grounds raised _____ See page seven supplemental since there wasn't room to fit it all on this form in the space allotted.

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐   No ☒

   (5) Result _____

   (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc.     Yes ☒   No ☐
   (2) Second petition, etc.    Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: All interrogation of petitioner should have stopped once attorney made himself available- police refused to grant him access to his client.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner is mentally retarded with an I.Q. of 66. Police used now infamous tactic of interogation by promising retarded suspect he can go home in 6 months if he admits to it but he he goes away for life if he doesn't. Shutting off the tape and coaching him when his story did not fit the facts.

See affidavit of petitioner and when respondent files answer there will be ample proof petitioner is sub normal mentally.

B.  Ground two: 
Ineffective assitance of trial counsel for not putting petitioner on the stand whereas motion to suppress confession was denied,
Supporting FACTS (state *briefly* without citing cases or law)
there was no other defense other than to put him on the stand. Petitioner makes an adequate witness. Its a dead bang winner for prosecution with a confession. It was the only defense.

C. Ground three: DNA anaysis was done on semen found on victim. Government motioned in limine to exclude and was granted. Trial

Supporting FACTS (state *briefly* without citing cases or law) counsel should have prepared himself with some DNA homework and insisted that the existing FBI database including Asians be used whereas Center for Blood Research in Boston did not include any Asians in the ~~comparison~~ an database while they did include thousands of Caucasions ~~Negroids and Hispanics-petitioner is Southeast Asian.~~

D. Ground four: That a DNA analysis be conducted to exonerate petitioner by contemparary standards including Asiatics in database- at the

Supporting FACTS (state *briefly* without citing cases or law) very least use the existing autoradiographs from the three loci tested on petitioner and compare those to said database.

E. Ground five: Appeallate counsel was ineffective for not raissing these more meritorious issues and pursuing weaker issues and other glaring mistakes.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing    unknown to this writer

    (b) At arraignment and plea    unknown to this writer

(c) At trial __unknown__

(d) At sentencing __unknown__

(e) On appeal __Ruth Greenberg of Swampscott, MA__

(f) In any post-conviction proceeding __motion to appoint counsel was ignored__

(g) On appeal from any adverse ruling in a post-conviction proceeding __motion to SJC to appoint counsel was ignored__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time? __murder, rape of child by force, kidnapping__
    Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: __This info is now lost to this writer because of being separated from Vao Sok__
    (b) Give date and length of the above sentence: __to another part of prison.__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

X 12·10·04
(date)

X Vao Sok
Signature of Petitioner

(7)