UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VAO SOK,
        Petitioner,

v.                                  C.A. No. 04-12674-NG

LOIS RUSSO, SUPERINTENDENT,
SBCC,
        Respondent.

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

On December 13, 2004 Petitioner Vao Sok, currently a prisoner at the Souza Baronowski Correctional Center in Shirley, MA (SBCC), filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, accompanied by a Motion to Proceed *in forma pauperis*, a completed Application form, along with his prison account statement balance. Petitioner also filed a motion for appointment of counsel.

A review of Petitioner's financial information in support of his Motion to Proceed *in forma pauperis* indicates that he is currently employed at SBCC and earns one to two dollars per day. He receives between $500 and $1000 per year from his mother, and he has $344.36 in his personal prison account, and $647.37 in savings. He has no dependents. Based on this information, I find the Petitioner has failed to demonstrate that he has insufficient funds to pay the $5.00 fee levied on habeas petitions.

Accordingly, I deny Petitioner's Motion to Proceed in forma pauperis, and direct that the Petitioner pay, within 42 days of the date of this Order, the $5 filing fee; failing which this action shall be dismissed.

It is further Ordered that the Petitioner's Motion for Appointment of Counsel is Denied

without prejudice to renewing if the filing fee is paid, and after a response is filed by the Respondent in this action.

SO ORDERED.

Dated at Boston, Massachusetts, this 22nd day of December, 2004.

                                        /s/ Nancy Gertner
                                        NANCY GERTNER
                                        UNITED STATES DISTRICT JUDGE