UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VAO SOK,

        Petitioner

v.   C.A. No. 04-12674-NG

LOIS RUSSO, Superintendent,

        Respondent.

## ORDER

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) Lois Russo, Superintendent of the Souza Baronowski Correctional Facility in Shirley, Massachusetts; and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

2/18/2005
DATE

Nancy Gertner (JF)
UNITED STATES DISTRICT JUDGE