UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 14 P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| VAO SOK,<br><br>    Petitioner,<br><br>v.<br><br>LOIS RUSSO,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-12674-NG

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Lois Russo, Superintendent of the Souza-Baranowski Correctional Center, in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: March 14, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on March 14, 2005, by first-class mail, postage prepaid, upon:

Vao Sok
W65330
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA  01464

pro se

Randall E. Ravitz