# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VAO SOK, <br><br> Petitioner, <br><br> v. <br><br> LOIS RUSSO, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 04-12674-NG

## RESPONDENT'S MOTION TO DISMISS

Respondent Lois Russo, in her capacity as Superintendent of the Souza-Baranowski Correctional Center (the "Respondent"), hereby respectfully moves for dismissal of the Habeas Corpus Petition (the "Petition") filed by Petitioner Vao Sok (the "Petitioner"). The Petitioner cannot maintain this action, because he has failed to satisfy the timing requirements applicable to habeas corpus petitions. In further support of this Motion, the Respondent relies on and incorporates the memorandum of law and appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion and dismiss the Petition with prejudice in its entirety.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on March 14, 2005, by first-class mail, postage prepaid, upon:

Vao Sok
W65330
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA  01464

pro se

_____
Randall E. Ravitz