# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VAO SOK, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 04-12674-NG |
| LOIS RUSSO, ) | |
| Respondent. ) | |

## RESPONDENT'S APPENDIX ACCOMPANYING HER MOTION TO DISMISS

Pursuant to this Court's Order dated February 18, 2005, Respondent Lois Russo, Superintendent of the Souza-Baranowski Correctional Center (the "Respondent"), hereby files this Appendix containing documents relevant to the issue of whether Petitioner Vao Sok (the "Petitioner") previously exhausted available state remedies with respect to the matters raised by his Habeas Corpus Petition (the "Petition"). The offering of such documents should not be construed as implying that the Respondent considers the Petitioner to have fully exhausted state remedies. In fact, the Respondent takes a position to the contrary, as noted in her accompanying Motion to Dismiss and Memorandum of Law in Support of Her Motion to Dismiss.

Specifically, attached hereto as exhibits are true and accurate copies of the following:

EXHIBIT A.      Docket for <u>Commonwealth v. Vao Sok</u>, Case No. SUCR1992-10979 in the Suffolk County, Massachusetts, Superior Court ("Super. Ct. Docket");

EXHIBIT B.      Docket for <u>Commonwealth v. Vao Sok</u>, Case No. SJC-08165 in the Supreme Judicial Court for the Commonwealth of Massachusetts ("SJC Docket No. SJC-08165");

| | |
|---|---|
| EXHIBIT C. | Docket for <u>Commonwealth v. Vao Sok</u>, Case No. SJ-2002-0590 in the Supreme Judicial Court for Suffolk County, Massachusetts ("SJC Docket No. SJ-2002-0590"); |
| EXHIBIT D. | Brief and Record Appendix for the Defendant/Appellant in connection with <u>Commonwealth v. Vao Sok</u>, Case No. SJC-08165 in the Supreme Judicial Court for the Commonwealth of Massachusetts; |
| EXHIBIT E. | Brief and Appendix for the Commonwealth in connection with <u>Commonwealth v. Vao Sok</u>, Case No. SJC-08165 in the Supreme Judicial Court for the Commonwealth of Massachusetts; |
| EXHIBIT F. | Reply Brief for the Defendant/Appellant in connection with <u>Commonwealth v. Vao Sok</u>, Case No. SJC-08165 in the Supreme Judicial Court for the Commonwealth of Massachusetts; |
| EXHIBIT G. | <u>Commonwealth v. Vao Sok</u>, 435 Mass. 743, 761 N.E.2d 923 (2002), the opinion of the Supreme Judicial Court for the Commonwealth of Massachusetts in connection with Case No. SJC-08165; |
| EXHIBIT H. | Letter from Vao Sok to Susan Mellen, Clerk of the Supreme Judicial Court of the Commonwealth of Massachusetts, dated Nov. 26, 2002 ("Petitioner's Letter to SJC Clerk"); |
| EXHIBIT I. | Letter from Susan Mellen, Clerk of the Supreme Judicial Court of the Commonwealth of Massachusetts, to Vao Sok, dated Dec. 11, 2002 ("SJC Clerk's Response to Petitioner's Letter"); and |
| EXHIBIT J. | Request by Pro Se Appellant to the Single Justice of the Massachusetts Supreme Judicial Court for Permission to Appeal to the Full Court in the |

Collateral Appeal of a First Degree Murder Conviction, filed by Vao Sok in connection with <u>Commonwealth v. Vao Sok</u>, Case No. SJ-2002-0590 in the Supreme Judicial Court for Suffolk County, Massachusetts ("Petitioner's Request for Appeal").

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: March 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on March 14, 2005, by first-class mail, postage prepaid, upon:

Vao Sok
W65330
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

pro se

_____
Randall E. Ravitz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.