## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**VAO SOK**
      **Petitioner**

**V.**

**LOIS RUSSO**
      **Respondent**

**CIVIL ACTION**

**NO. 04cv12674NG**

## ORDER OF DISMISSAL

**GERTNER, D. J.**

In accordance with the Court's allowance of the defendant's motion to dismiss on  July 13, 2005 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/13/2005
Date

/s/ JENNIFER FILO
Deputy Clerk

(Dismissal Endo.wpd - 12/98)